USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NEPTALI PERALTA AND MARIA JOVITA :
TAPIA VILLANUEVA, *on behalf of themselves* :
*and those similarly situated*, :
　 :
　　　　　　　　　　　　　　Plaintiffs, : 22-CV-10805 (VEC)
　　　　　-against- :
　 : ORDER
　 :
CB HOSPITALITY AND EVENTS, LLC, CB :
HOSPITALITY VENTURES HOLDINGS CORP.,:
CHRIS BARRETT, :
　 :
　　　　　　　　　　　　　　Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　　WHEREAS on December 22, 2022, Plaintiffs filed this purported collective action against CB Hospitality and Events, LLC, CB Hospitality Ventures Holdings Corp., and Chris Barrett (together, "Defendants"), *see* Compl., Dkt. 1;

　　　WHEREAS on April 4, 2023, the Court ordered Plaintiffs to file any motion for collective certification not later than May 9, 2023, Defendants to respond not later than May 23, 2023, and Plaintiffs to reply not later than May 30, 2023, *see* Order, Dkt. 25;

　　　WHEREAS on May 9, 2023, Plaintiffs moved to certify this action as a representative collective action, *see* Not. of Mot., Dkt. 30[1];

　　　WHEREAS as part of their certification motion, Plaintiffs requested the Court's approval of their notice form and preliminary discovery requests, *see* Pls. Mem., Dkt. 34; and

　　　WHEREAS to date, Defendants have not responded to the motion;

---

[1]　Plaintiffs timely filed a notice of motion on May 9, 2023, but filed a memorandum of law and an affidavit in support of the motion one day late on May 10, 2023. *See* Dkts. 33–34. The Court nevertheless deems the motion timely filed, but warns Plaintiffs that they must submit filings in a timely manner going forward.

IT IS HEREBY ORDERED that not later than **Friday, June 2, 2023**, Defendants must respond to Plaintiffs' motion or the Court will consider it unopposed. Plaintiffs' deadline to reply to any response is **Friday, June 9, 2023**.

**SO ORDERED.**

Date:  May 30, 2023
       New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**