USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                   :
NEPTALI PERALTA, *et al.*,                       :
                                                                   :
                                      Plaintiffs,     :      1:22-cv-10805-GHW
                                                                   :
                             -v -                        :          <u>ORDER</u>
                                                                   :
CB HOSPITALITY AND EVENTS, LLC, *et al.*,   :
                                                                   :
                                            Defendants.    :
                                                                   :
----------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      On July 25, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than August 8, 2023. Dkt. No. 46. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's July 25, 2023 order forthwith, and in no event later than August 17, 2023.

      SO ORDERED.

Dated: August 10, 2023
       New York, New York

                                                        _____
                                                              GREGORY H. WOODS
                                                          United States District Judge