USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                           :
NEPTALI PERALTA, *et al.*,              :
                           :
                 Plaintiffs,     :           1:22-cv-10805-GHW
                           :
              -v -               :              ORDER
                           :
CB HOSPITALITY AND EVENTS, LLC, *et al.*,    :
                           :
                 Defendants.    :
                           :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On July 1, 2024 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than July 15, 2024. Dkt. No. 56. If the parties instead wished to resolve the case by a stipulation that dismisses FLSA claims without prejudice, they were directed to submit such a stipulation and certification July 15, 2024. *Id.* Or if the parties instead wished to resolve the case by an offer and acceptance of judgment pursuant to Rule 68(a), they were directed to submit the executed offer and acceptance by July 15, 2024, as described in the Court's July 1, 2024 order. *Id.* None of these documents has been submitted. Accordingly, the parties are directed to comply with the Court's July 1, 2024 order forthwith, and in no event later than July 19, 2024.

        SO ORDERED.

Dated: July 16, 2024
New York, New York

                           GREGORY H. WOODS
                         United States District Judge