```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                                                :

NEPTALI PERALTA, *et al.*,                :

                                  Plaintiffs,   :     1:22-cv-10805-GHW

                   -v -                  :     <u>ORDER</u>

CB HOSPITALITY AND EVENTS, LLC, *et al.*,  :

                                 Defendants.  :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the telephone conference held on April 10, 2025, Plaintiffs' motion for an entry of judgment against Defendants is due by April 25, 2025; Defendants' opposition is due two weeks after the date of service of Plaintiffs' motion; and Plaintiffs' reply, if any, is due one week after the date of service of Defendants' opposition.

      As discussed during the conference, Plaintiffs' motion papers must address whether the Court has jurisdiction to enforce the settlement agreement underlying Plaintiffs' motion. They must also address whether the Court has the legal authority to enter the confessions of judgment underlying Plaintiffs' motion. And they must present sufficient factual evidence for the Court to conclude that the amounts sought in the confessions of judgment are true and correct.

      SO ORDERED.

Dated: April 10, 2025
New York, New York

                                                                       GREGORY H. WOODS
                                                                  United States District Judge