# JULIEN MIRER & ASSOCIATES, PLLC

ATTORNEYS AT LAW
300 CADMAN PLAZA WEST 12TH FL
BROOKLYN, NEW YORK 11205

JEANNE MIRER                  TELEPHONE: (212) 231-2235                  RIA JULIEN

April 24, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/25

**VIA CM/ECF**
The Hon Judge Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

## MEMORANDUM ENDORSED

Re: *Peralta et al v. CB Hospitality and Events, LLC et al*
Case No. 1:22-cv-10805
Request to Adjourn Motion Date

Dear Hon. Judge Gregory H. Woods,

Undersigned counsel represents Plaintiffs in the above captioned action. Plaintiffs write to request a one week adjournment for submission of Plaintiffs' motion to enter judgment. See Dkt. # 72. This is Plaintiffs' first request to adjourn their moving papers. Plaintiffs request that the due date of Friday April 25, 2025 be adjourned to May 2, 2025 and that all subsequent dates in the briefing schedule provided at Dkt. # 72, also be adjourned by one week to provide opposition on May 16 (now set for May 9) and Reply on May 23 (now set for May 16). Plaintiffs sought the consent of Defendants earlier today but have not heard back. Plaintiffs' request to extend all deadlines by one week, however, amounts to no prejudice to Defendants.

Plaintiffs request this extension for good cause upon their discovery today that the transcript of the hearing at which the proposed settlement was approved— containing statements of the court which were incorporated by reference into the court's approval minute order (Dkt. #69)—may be relevant to Plaintiffs' motion. Plaintiffs request the additional week to facilitate ordering the transcript.

Plaintiffs thank the court for its consideration and request that the court exercise its discretion to excuse the submission of its request one day prior to the due date, and accept this request as timely made.

Respectfully submitted,
/s/
Ria Julien
Attorney for Plaintiffs

Application granted in part. Plaintiffs' request for an extended briefing schedule, Dkt. No. 73, is granted in part. Plaintiffs' deadline to file a motion for entry of judgment is extended to May 2, 2025. Defendants' opposition is due two weeks after the date of service of Plaintiffs' motion; and Plaintiffs' reply, if any, is due one week after the date of service of Defendants' opposition. The Clerk of Court is directed to terminate the motions pending at Dkt. No. 71 and Dkt. No. 73.

SO ORDERED.
Dated: April 27, 2025

_____
GREGORY H. WOODS
United States District Judge