UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NEPTALI PERALTA, et al,

                        Plaintiffs,

-against-                                      22 **CIVIL** 10805 (GHW))

## **JUDGMENT**

CB HOSPITALITY AND EVENTS, LLC, et al.,

                        Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 23, 2025, that Judgment is entered in the amount of $65,000 in favor of Plaintiffs Neptali Peralta and Maria Jovita Villanueva. Defendants CB Hospitality and Events, LLC, CB Hospitality and Events II, LLC, CB Hospitality Ventures Holdings Corp., and Chris Barrett are jointly and severally liable for this amount.

**Dated:**  New York, New York

      June 24, 2025

                                                       **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                                       **BY:**

                                                          **Deputy Clerk**